**FILED**
CLERK, U.S. DISTRICT COURT

3/17/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_gga\_\_\_\_\_ DEPUTY

link to Docket 11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| JOSE LUIS BOBADILLA,<br><br>       Plaintiff,<br>   v.<br><br>SECURITYNATIONAL MORTGAGE COMPANY (a Utah Corporation – Lender), THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK (Lender), as trustee for Certificate Holders of CWALT, Inc., Alternative Loan Trust 2005-85CB, Mortgage Pass-Through Certificates, Series 2005-85CB; CWALT Inc., "BONY", (A Trustee for CWALT, Inc.); SHELLPOINT MORTGAGE SERVICING; NATIONAL DEFAULT SERVICING CORPORATION; AND DOES 1 through 25, Inclusive,<br><br>       Defendants. | CASE NO. 2:21-cv-00992-PSG-ADS<br><br>[Honorable Judge Philip S. Gutierrez<br>Magistrate Judge Autumn D. Spaeth]<br><br>**JUDGMENT GRANTING DEFENDANT NATIONAL DEFAULT SERVICING CORPORATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Action Filed/Removed: February 3, 2021<br>Trial Date: Not Scheduled |

Pursuant to the Minute Order entered on March 15, 2021, as Document No. 37, granting Defendant, National Default Servicing Corporation's ("NDSC") Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) ("Motion"),

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED.**

**IT IS FURTHER ORDERED THAT** this action is hereby dismissed with prejudice as to NDSC.

**IT IS FURTHER ORDERED THAT JUDGMENT** is entered in favor of NDSC and against Plaintiff, Jose Luis Bobadilla.

**IT IS FURTHER ORDERED** that NDSC shall be entitled to recover its costs of suit.

**IT IS SO ORDERED.**

Dated: March 17, 2021  _____
                       Honorable Judge Philip S. Gutierrez

JUDGMENT GRANTING NDSC'S MOTION TO
DISMISS COMPLAINT                                    CASE NO. 2:21-cv-00992-PSG-ADS